FILED
MAY 06 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN MORGAN,                          07-CV-1789-ST

        Plaintiff,                    ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.


**MERRILL SCHNEIDER**
Schneider Law Offices
14415 S.E. Stark St.
P.O. Box 16310
Portland, OR 97292
(503) 255-9092

    Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000

1 - ORDER

**DAVID MORADO**
Office of the General Counsel
**DAVID R. JOHNSON**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104
(206) 615-2271

      Attorneys for Defendant

**BROWN, Judge.**

      Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#24) on March 2, 2009, in which she recommends this Court reverse the Commissioner's denial of benefits to Plaintiff and remand this case to the Commissioner for an immediate calculation and payment of benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

      The Court **ADOPTS** Magistrate Judge Stewart's Findings and

Recommendation (#24). Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner for the calculation and payment of benefits consistent with the findings of this Court.

IT IS SO ORDERED.

DATED this 6th day of May, 2009.

_____
ANNA J. BROWN
United States District Judge