FILED'09 JUL 06 13:43 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN MORGAN,<br>     Plaintiff, | CV# 07-1789-ST |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>     Defendant. | ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4883.01 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this 2nd day of July 2009.

Anna J. Brown
United States District Judge